IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MICHAEL BRIAN COX, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-111 (LAG)(TQL) |
| | * |
| TURNER RSAT, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated April 20, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of April, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk